IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PHYSIOTHERAPY HOLDINGS, INC., *et al.*,[1] | ) Case No. 13-12965 (KG) |
| Debtors. | ) Joint Administration Requested |

**VERIFIED STATEMENT OF KLEE, TUCHIN, BOGDANOFF & STERN LLP
AND YOUNG CONAWAY STARGATT & TAYLOR, LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Klee, Tuchin, Bogdanoff & Stern LLP ("KTB&S") and Young Conaway Stargatt & Taylor, LLP ("YCST"), in connection with their representation in the above-captioned cases ("Chapter 11 Cases") of an ad hoc group of holders of 11.875% of Senior Notes due 2019 ("Senior Notes") issued by Physiotherapy Associates Holdings, Inc. ("PAH"), debtor and debtor in possession, hereby submit this verified statement ("Verified Statement") in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in support thereof state as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Physiotherapy Holdings, Inc. (5193); Actra Rehabilitation Associates, Inc. (7806); Alexandria Sports, Inc. (7654); Benchmark Acquisition Corp. (3850); Benchmark Medical Management Company (0335); Benchmark O & P Holdings, Inc. (6848); Benchmark Orthotics & Prosthetics, Inc. (7000); Blue Hen Physical Therapy, Inc. (7267); Cape Prosthetics-Orthotics, Inc. (7914); Carrollton Physical Therapy Clinic, Inc. (2832); Integrity Physical Therapy, Inc. (1075); Keystone Rehabilitation Associates of Warren (8341); Keystone Rehabilitation Systems, Inc. (8380); Keystone Rehabilitation Systems of McMurray (6304); Leesburg Sports, Inc. (4190); MATRIX Healthcare Services, LLC (7344); MATRIX Rehabilitation, Inc. (3147); MATRIX Rehabilitation-Delaware, Inc. (2504); MATRIX Rehabilitation-Georgia, Inc. (4073); MATRIX Rehabilitation-Ohio, Inc. (2505); MATRIX Rehabilitation-South Carolina, Inc. (5603); MATRIX Rehabilitation-Texas, Inc. (9542); Morris Area Rehabilitation Association, Inc. (2043); North Dallas Physical Therapy Associates, Inc. (5331); Northstar Health Services, Inc. (7152); NSHS Services, Inc. (6789); Orthopaedic Services of Paducah, Inc. (3143); PhysioLink Corporation (3705); Physiotherapy Associates Holdings, Inc. (3367); Physiotherapy Associates, Inc. (7193); Physiotherapy Associates-Union Rehab, LLC (0041); Physiotherapy Corporation (3816); Physiotherapy-BMHI Holdings, Inc. (3361); Physiotherapy-BMI, Inc. (4107); Potomac Rehabilitation Services, Inc. (2725); Professional Rehab Associates, Inc. (2393); Progressive Therapy Services, Inc. (8449); Rehab Associates, L.L.C. (9381); Rehab Colorado, LLC (5804); Rehab Missouri, LLC (0587); Rehab Xcel, LLC (0586); Rehabilitation Consultants, Inc. (1166); R.S. Network, Inc. (9104); SMR Banyan Tree, Inc. (6933); Swanson Orthotic & Prosthetic Center, Inc. (2308); The Parks Physical Therapy and Work Hardening Center, Inc. (2926); Theraphysics Partners of Colorado, Inc. (2115); Theraphysics Partners of Texas, Inc. (9976); Therapy Associates of Martinsville, Inc. (1394); Trumbull P.T. Corp. (3855); Wisconsin Prosthetics and Orthotics, Inc. (7815). The Debtors' main corporate address is 855 Springdale Drive, Suite 200, Exton, PA 19341.

1. On or about May 6, 2013, KTB&S was retained to represent an ad hoc group (the "Ad Hoc Noteholder Group") of holders of Senior Notes issued by PAH. At that time, the Ad Hoc Noteholder Group consisted of (i) Beach Point Capital Management LP, (ii) Ellis Lake Capital, LLC, (iii) Knighthead Capital Management, LLC, (iv) Silver Rock Financial LLC and (v) Western Asset Management Company, each on behalf of certain funds and accounts that they manage and/or advise,. On or about June 12, 2013, MAST Capital Management, LLC and Blue Mountain Capital Management, LLC, each on behalf of certain funds and accounts that they manage and/or advise, joined the Ad Hoc Noteholder Group. On or about October 18, 2013 the Ad Hoc Noteholder Group retained YCST as Delaware co-counsel.

2. As of the date of this Verified Statement, KTB&S and YCST represent only the Ad Hoc Noteholder Group in the Chapter 11 Cases, and only with respect to the Senior Notes. KTB&S and YCST do not represent any member of the Ad Hoc Noteholder Group in an individual capacity, and do not represent any party with respect to claims or interests other than those arising from the Senior Notes.

3. In accordance with Rule 2019, Exhibit A lists each member of the Ad Hoc Noteholder Group, its address, and "the nature and amount of each disclosable economic interest" held by such member (including the funds and accounts managed and/or advised by such member) in respect of the Senior Notes . Exhibit A is based on information provided to KTB&S and YCST by each of the members of the Ad Hoc Noteholder Group.

4. Nothing contained in this Verified Statement is intended or shall be construed to constitute (i) a waiver or release of the rights of the Ad Hoc Noteholder Group or any of its members to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the Ad Hoc Noteholder Group or any of its members to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the

jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights the Ad Hoc Noteholder Group or any of its members may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in the Chapter 11 Cases against or otherwise involving the Ad Hoc Noteholder Group or any of its members; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Noteholder Group or any member thereof is or may be entitled, in law or in equity, under any agreement or otherwise, with all of which rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

5. KTB&S and YCST reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

Dated: Wilmington, Delaware
       November 13, 2013

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Michael R. Nestor*
> Michael R. Nestor (No. 3526)
> Margaret Whiteman Greecher (No. 4652)
> Rodney Square
> 1000 North King Street
> Wilmington, DE 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> - and -
>
> KLEE, TUCHIN, BOGDANOFF & STERN LLP
> Michael L. Tuchin
> David A. Fidler
> 1999 Avenue Of The Stars
> Thirty-Ninth Floor
> Los Angeles, CA 90067-6049
> Telephone:  (310) 407-4000
> Facsimile:  (310) 407-9090
>
> Counsel to the Ad Hoc Noteholder Group

## **EXHIBIT A**

| Name and Address | Nature and Amount of Disclosable Economic Interest (As of the Date of This Notice) |
|---|---|
| Beach Point Capital Management LP<br>Attn: Gary Hobart, Lawrence Goldman and Joseph Fabiani<br>1620 26th Street, Suite 6000N<br>Santa Monica, CA 90404 | $21,898,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| Blue Mountain Capital Management, LLC<br>Attn: General Counsel<br>280 Park Avenue, 5th Floor East<br>New York, NY 10017 | $23,950,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| Ellis Lake Capital, LLC<br>Attn: Anthony Pasqua<br>623 5th Avenure, 16th Floor<br>New York, NY 10022 | $20,975,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| Knighthead Capital Management, LLC<br>Attention : Laura L. Torrado, Esq.<br>1140 Avenue of the Americas, 12th Floor<br>New York, NY  10036 | $44,250,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| MAST Capital Management, LLC<br>Attn: Adam M. Kleinman<br>200 Clarendon Street, 51st Floor<br>Boston, MA 02116 | $21,350,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| Silver Rock Financial LLC<br>Attn: David Chow / Julie Pham<br>1250 Fourth Street<br>Santa Monica, CA  90401 | $21,000,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| Western Asset Management Company<br>Attn: Douglas J. Dieter<br>385 East Colorado Blvd.<br>Pasadena, CA 91101 | $38,777,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |
| **TOTAL** | $192,200,000.00 in principal amount of Senior Notes, plus accrued and unpaid interest and any other charges thereon |